SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
OSCAR MAGALLANES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MAGALLANES,<br><br>  Plaintiff,<br><br>  vs.<br><br>VILLA CAMPANA, LLC; and DOES 1 to 10,<br><br>  Defendants. | **Case No.: 2:25-cv-08436-SK**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff OSCAR MAGALLANES ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: October 22, 2025           **SO. CAL EQUAL ACCESS GROUP**

                                   _____/s/ Jason J. Kim_____
                                   JASON J. KIM
                                   Attorney for Plaintiff